**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES

v.  CASE NO. 1:06cr24-MP-AK

EDDIE LEE ANDERSON

_____/

**O R D E R**

This matter is before the court defendant's request for a copy of his pre-sentence investigation report and the docket sheet in his case. (Doc. 108). Mr. Anderson's appeal was resolved in 2008, and he does not currently have a § 2255 motion pending. Thus, he has not described any particular need for the pre-sentence investigation report. Additionally, to receive copies of the report and the docket sheet, Mr. Anderson must pay a copy fee of $.50 per page.

Accordingly:

The request for a copy of the pre-sentence investigation report is DENIED without prejudice to Mr. Anderson filing a motion in which he describes adequate reasons for desiring a copy of the report and in which he indicates a willingness to pay the $.50 copy fee per page.

The request for a copy of the docket sheet is DENIED without prejudice to Mr. Anderson filing a renewed request for it in which he indicates a willingness to pay the $.50 per page copying fee.

**DONE and ORDERED** this 30th day of April, 2012.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**